```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

SHARON LEWIS,                      )
                                   )
              Plaintiff,           )         4:06CV3084
                                   )
       v.                          )
                                   )
KIMBALL, CITY OF, GREG             )         ORDER
ROBINSON, EVERSTON OIL             )
COMPANY, CASTONICS, BRUCE          )
EVERTSON, FORWARD KIMBALL          )
INDUSTRIES, DAVE WOLF,             )
PERFORMAX BUILDING MATERIALS,      )
PERRY VAN NEWKIRK, and MARY        )
LOU DIAZ,                          )
                                   )
              Defendants.          )
                                   )
```

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 20th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge