IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3084 |
| | ) | |
| v. | ) | |
| | ) | |
| KIMBALL, CITY OF, GREG ROBINSON, EVERSTON OIL COMPANY, CASTONICS, BRUCE EVERTSON, FORWARD KIMBALL INDUSTRIES, DAVE WOLF, PERFORMAX BUILDING MATERIALS, PERRY VAN NEWKIRK, and MARY LOU DIAZ, | ) ) ) ) ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 18) in the above matter,

IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters, and remains assigned to District Judge Warren K. Urbom for disposition.

DATED this 21st day of April, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge