**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| SHARON LEWIS, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CV3084 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF KIMBALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion for leave to withdraw of Jeanette Stull and the law firm of Perry, Guthery, Haase & Gessford, P.C., L.L.O (Filing No. 71) as counsel for the defendant Mary Lou Diaz. The court notes other counsel represents this defendant. **See** Filing No. 62. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Jeanette Stull and the law firm of Perry, Guthery, Haase & Gessford, P.C., L.L.O (Filing No. 71) as counsel for the defendant Mary Lou Diaz is granted.

2. The Clerk of Court shall stop all electronic notices to Jeanette Stull and the her law firm regarding this case.

DATED this 20th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge