IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH DESANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| JON PUCKET, | ) | ORDER OF RECUSAL |
| | ) | |
| Defendant. | ) | |

Because of a possible appearance of impropriety in my handling this case,

IT IS ORDERED that the matter is referred to the Chief Judge for reassignment.

DATED this 18th day of September, 2006.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge