IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SHARON LEWIS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CV3084 |
| | ) | |
| v. | ) | |
| | ) | |
| KIMBALL, CITY OF, GREG ROBINSON, | ) | ORDER OF RECUSAL |
| EVERSTON OIL COMPANY, | ) | |
| CASTONICS, BRUCE EVERTSON, | ) | |
| FORWARD KIMBALL INDUSTRIES, | ) | |
| DAVE WOLF, PERFORMAX BUILDING | ) | |
| MATERIALS, PERRY VAN NEWKIRK, | ) | |
| and MARY LOU DIAZ, | ) | |
| | ) | |
| Defendants. | ) | |

Because of a possible appearance of impropriety in my handling this case,

IT IS ORDERED that the matter is referred to the Chief Judge for reassignment.

DATED this 18th day of September, 2006.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge