**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| SHARON LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 4:06CV3084 |
| vs. | ) |
| | ) ORDER |
| CITY OF KIMBALL, et al., | ) |
| | ) |
| Defendants. | ) |

On the court's own motion, the telephone planning conference previously set for November 17, 2006, at 2:30 p.m. is cancelled and is **rescheduled for November 27, 2006, at 1:30 p.m. Central Standard Time** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 16th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge