IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON LEWIS, | Case No: 4:06CV3084 |
| Plaintiff, | |
| v. | REASSIGNMENT ORDER |
| CITY OF KIMBALL, GREG ROBINSON Individually and in his Official Capacity as Mayor of the City of Kimball, EVERSTON OIL COMPANY, INC., CASTONICS INC., BRUCE EVERTSON, FORWARD KIMBALL INDUSTRIES, INC., DAVID WOLF, PERFORMAX BUILDING MATERIALS, INC., PERRY VAN NEWKIRK, and MARY LOU DIAZ, | |
| Defendants. | |

Magistrate Judge David L. Piester has determined that his recusal from cases in which the Baylor, Evnen Law Firm or Keating, O'Gara Law Firm are involved may now end. Accordingly,

IT IS ORDERED that this case is reassigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matter. This case remains assigned to District Judge Richard G. Kopf.

DATED this 1st day of February, 2007.

BY THE COURT:

*s/ Joseph F. Bataillon*

Joseph F. Bataillon, Chief Judge
United States District Court