```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

|  |  |  |
|---|---|---|
| SHARON LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3084 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF KIMBALL, GREG ROBINSON, Individually and in his Official Capacity as Mayor of the City of Kimball, EVERSTON OIL COMPANY, Inc., CASTONICS, Inc., BRUCE EVERTSON, FORWARD KIMBALL INDUSTRIES, Inc., DAVE WOLF, PERFORMAX BUILDING MATERIALS, Inc., PERRY VAN NEWKIRK, and MARY LOU DIAZ, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

New counsel has entered an appearance for defendant Mary Lou Diaz.

IT THEREFORE HEREBY IS ORDERED,

The Withdrawal of Appearance, filing 121, filed by James L. Zimmerman, construed as a motion to withdraw as counsel of record for Mary Lou Diaz, is granted.

DATED this 12th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge