IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON LEWIS, ) | CASE NO. 4:06CV03084 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs, ) | |
| ) | |
| CITY OF KIMBALL; GREG ) | |
| ROBINSON, individually and in his ) | |
| official capacity as Mayor of the ) | |
| City of Kimball; EVERSTON OIL ) | |
| COMPANY, INC.; CASTONICS, INC.; ) | ORDER GRANTING MOTION |
| ) | TO AMEND ANSWER |
| BRUCE EVERSTON; FORWARD ) | |
| KIMBALL INDUSTRIES, INC.; ) | |
| DAVE WOLF; PERFORMAX ) | |
| BUILDING MATERIALS, INC.; ) | |
| PERRY VAN NEWKIRK; and ) | |
| MARY LOU DIAZ, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER**, having come to be heard upon Defendant Performax Building Materials, Inc.'s Motion to Amend Answer, the Court having reviewed same and being fully advised in the premises;

**DOTH ORDER** that the Motion to Amend Answer, filing 125, is GRANTED. The Amended Answer attached to Defendant's Motion is deemed filed as of the date of this Order.

**DATED** this 24th day of April, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge