IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON LEWIS, | ) CASE NO: 4:06cv03084 |
| )  |
| PLAINTIFF, | ) |
| ) |
| vs. | ) |
| ) ORDER GRANTING MOTION |
| CITY OF KIMBALL; GREG ROBINSON | ) TO AMEND ANSWER |
| INDIVIDUALLY AND IN HIS OFFICIAL | ) |
| CAPACITY AS MAYOR OF THE CITY | ) |
| OF KIMBALL; EVERSTON OIL | ) |
| COMPANY, INC.; CASTONICS, INC.; | ) |
| BRUCE EVERSTON; FORWARD | ) |
| KIMBALL INDUSTRIES, INC.; DAVE | ) |
| WOLF; PERFORMAX BUILDING | ) |
| MATERIALS, INC.; PERRY VAN | ) |
| NEWKIRK; AND MARY LOU DIAZ; | ) |
| ) |
| DEFENDANTS. | ) |

**THIS MATTER**, having come to be heard upon Defendant Mary Lou Diaz' Motion to Amend Answer, the Court having reviewed same and being fully advised in the premises;

**DOES HEREBY ORDER** that the Motion to Amend Answer, filing 127, is GRANTED. The Amended Answer attached to Defendant's Motion is deemed filed as of the date of this Order.

**DATED** this 24th day of April, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge