## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON LEWIS, | Case No. 4:06CV03084 |
| Plaintiff, | |
| vs. | |
| CITY OF KIMBALL, GREG ROBINSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF KIMBALL; EVERTSON OIL COMPANY, INC.; CASTONICS, INC.; BRUCE EVERTSON; FORWARD KIMBALL INDUSTRIES, INC.; DAVE WOLF; PERFORMAX BUILDING MATERIALS, INC.; PERRY VAN NEWKIRK; AND MARY LOU DIAZ; | ORDER |
| Defendants. | |

This matter is before the Court on the Defendants Forward Kimball Industries, Inc.'s and Dave Wolf's Unopposed Motion to Amend Amended Answer to Complaint and Affirmative Defenses (Filing No. 133).

**IT IS ORDERED:**

1. The Defendants Forward Kimball Industries, Inc.'s and Dave Wolf's Unopposed Motion to Amend Amended Answer to Complaint and Affirmative Defenses is granted.

2. The Defendants shall have ten (10) days from the date of this Order to file a Second Amended Answer to Complaint and Affirmative Defenses.

Dated this 9th day of May, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge