IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON LEWIS, | ) | Case No. 4:06CV03084 |
| Plaintiff, | ) | |
| vs. | ) | |
| CITY OF KIMBALL; GREG ROBINSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF KIMBALL; EVERSTON OIL COMPANY, INC.; CASTONICS, INC.; BRUCE EVERTSON; FORWARD KIMBALL INDUSTRIES, INC.; DAVE WOLF; PERFORMANCE BUILDING MATERIALS, INC.; PERRY VAN NEWKIRK; AND MARY LOU DIAZ, | ) | **ORDER GRANTING MOTION TO AMEND ANSWER** |
| Defendants. | ) | |

Defendants Castronics, Inc. and Perry Van Newkirk have moved to file an amended answer. Counsel for these defendants has verbally advised the court that the plaintiff does not oppose this motion.

IT THEREFORE HEREBY IS ORDERED:

1. The Motion to Amend Answer, filing 132, is granted.

2. The proposed amended answer attached to the filing 132 motion shall be filed by defendants Castronics, Inc. and Perry Van Newkirk on or before May 22, 2007.

**DATED** this 17 day of May, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge