IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON LEWIS, | ) | 4:06CV3084 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| CITY OF KIMBALL, et al., | ) | |
| | ) | |
| Defendants | ) | |

Plaintiff has filed a "motion to extend" (filing 142) in which she requests that a motion for summary judgment (filing 135) filed by Defendants Bruce Evertson and Evertson Oil Company, Inc., be stayed or else dismissed without prejudice. Plaintiff requests the stay because of alleged discovery disputes, but has not made a showing as required by Federal Rule of Civil Procedure 56(f). Plaintiff merely alleges that she has "not pursued a resolution of the discovery disputes" because a mediation session (not court-ordered) has been scheduled for May 23, 2007. Alternatively, Plaintiff requests that the summary judgment motion be dismissed "without prejudice, as there is presently pending mediation." There is no cause for such a dismissal.

Accordingly,

IT IS ORDERED that Plaintiff's motion to extend (filing 142) is denied.

May 17, 2007.                                BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge