```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SHARON LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3084 |
| | ) | |
| v. | ) | |
| | ) | |
| KIMBALL, CITY OF, GREG | ) | ORDER |
| ROBINSON, Individually and in | ) | |
| his Official Capacity as | ) | |
| Mayor of the City of Kimball, | ) | |
| EVERSTON OIL COMPANY, Inc., | ) | |
| CASTONICS, Inc., BRUCE | ) | |
| EVERTSON, FORWARD KIMBALL | ) | |
| INDUSTRIES, Inc., DAVE WOLF, | ) | |
| PERFORMAX BUILDING MATERIALS, | ) | |
| Inc., PERRY VAN NEWKIRK, and | ) | |
| MARY LOU DIAZ, | ) | |
| | ) | |
| Defendants. | ) | |

The court has been advised that the parties have settled this case. Accordingly,

IT IS ORDERED:

The plaintiff's motion to file an amended complaint, filing 147, is denied as moot.

DATED this 11th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge