IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON LEWIS, | ) | 4:06CV3084 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CITY OF KIMBALL, et al., | ) | |
| | ) | |
| Defendants | ) | |

Pursuant to the parties' joint stipulation (filing 152) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

June 22, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge